CAROL E. LeVAE, Respondent, *v.* DUFF & CONGER, INC., Appellant.

(Argued January 4, 1932; decided February 9, 1932.)

*Peter W. Quinn* for appellant.

*John J. McBride* and *Salvatore Viscardi* for respondent.

Judgment of Appellate Division and that of Special Term reversed, with costs in Appellate Division and in this court, and motion for summary judgment denied, with ten dollars costs, on the ground that without determining the validity of the counterclaims there is an issue of fact to be tried as to the existence of an account stated; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, O'BRIEN and HUBBS, JJ. Not sitting: KELLOGG, J.